(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

## Western District of New York

Byron Santos )
_____ )        Case No. ___22 CV 6338 - W___
*Plaintiff(s)* )                        *(to be filled in by the Clerk's Office)*
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
                                   -v- )
 )        **JURY TRIAL**: Yes ✓ No ___
See Attached  #1 )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

UNITED STATES DISTRICT COURT
FILED
AUG 1 2 2022
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

# Attachment #1

## Defendants Names:

1) Officer Jones
2) Sergeant D. Filighera
3) Sergeant Hessel
4) Officer John Doe #1-25
5) Nurse Solomon
6) Collins Corr. Fac. Superintedent Jane Doe
7) Collins Corr. Fac. Dep. Kelly
8) Lt. John Doe
9) ORC Parker
10) ORC Smith
11) ORC Fisher
12) ORC Supervisor Nue
13) Collins Corr. Fac. (PREA Dep.) John-Jane Doe
14) Collins Corr. Fac. Grievance Officer John Doe

## Defendants Addresses:

All Defendants are Currently an employee at;

Collins Correctional Facility
P.O. Box 340
Collins, New York 14034-0340

All are being Sued, individually and in their Official Capacity.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Byron Santos

All other names by which you have been known:

ID Number: Din #: 17A4130

Current Institution: Collins Correctional Facility

Address: P.O. Box 340

Collins        N.Y.      14034-0340
*City*          *State*    *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: See Attachment #1

Job or Title *(if known)*

Shield Number

Employer

Address

_____        _____    _____
*City*          *State*    *Zip Code*

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name: See Attachment #1

Job or Title *(if known)*

Shield Number

Employer

Address

_____        _____    _____
*City*          *State*    *Zip Code*

☐ Individual capacity    ☐ Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                      *See Attachment #1*
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                                  *City*          *State*          *Zip Code*
                  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name                      *See Attachment #1*
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                                  *City*          *State*          *Zip Code*
                  ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

         ☐ Federal officials (a *Bivens* claim)

         ☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Diliberate indifference, Neglegeance, Assaut By State employee's, Rape By State employee, Medical neglegeance, Repeated Retaliation, Gang Assault, Gang Rape, Distraying my religous Item, Acted Under Color, Due Process

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attachment # 2 pages 1-3

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

**B.**    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Where; Collins Corr. Fac. (RRU). When; April 28, 2022 before and after said date.

Attachment #2, Page 1

1) Officer Jones retaliated because of a Sexual (PREA) Complaint I Filed aganst him in 2019.

2) Sergant D. Filighera retaliated because of the Complaint I Filed On Officer Jones and denied me Mental health assistance when I (Plaintiff) ask For Such assistance; Defendant also Ordered Officer John Doe #1-25 to Assault me (Plaintiff) 3 different times and Rape me (Plaintiff) 2 times April 28, 2022.

3) Sergeant Hessel retaliated because of the Complaints I Filed aganst him in 2019 For retaliction for the Complaints Of Sexual misconduct on Officer Jones.

4) Officer John Doe #1-25 Assauted me (Plaintiff) 3 times and Raped me 2 times On April 28, 2022.

5) Nurse Solomon denied me my Right to the Patience Bill Of Rights and also denied me Medical attention For my wounds.

6) Collins Corr. Fac. Superintendent Jane Doe; denied to address my Complaints of Fear For my Safety on Said Defendants.

7) Collins Corr. Fac. Dep Kelly; denied to address my Complaints of Fear For my Safety on Said Defendants.

8) Lt. John Doe attorized/approved Sergeant D. Filighera to Assault me (Plaintiff) and Rape Me; Defendant was also involved Directly with the Assault and Rape.

9) ORC Parker denied to address my Complaints of Fear For my Safety and denied me a Seperation aganist Said defendeants because they are Co-Workers.

10) ORC Smith denied to address my Complaints of Fear For my Safety and denied me a Seperation oganist Said defendants because they are Co-Workers.

11) ORC Fisher denied to address my Complaints of Fear For my Safety and denied me a Seperation aganist Said defendants because they are Co-Workers.

Attachment # 2, PAGE 3

12) ORC Supervisor Nue denied to address my Complaints Of Fear For my Safety and denied Me a Seperation aganst Said defendants because they are CO-Workers.

13) Collins Corr. Fac. (PREA DEP) John-Jane Doe denied to address my Complaints Of My Rape Complaints and denied Me a Seperation aganst Said defendants even after I Complained to have the Right to be Free From my abusers and Complained Of Fear OF My Safety.

14) Collins Corr. Fac. Grievance Officer John Doe denied to address any and all Said Complaints.

**C.**     What date and approximate time did the events giving rise to your claim(s) occur?



Before April 28, 2022; On April 28, 2022; and after April 28, 2022

**D.**     What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

See Attachment #2; There are Camera's and audio everywhere in Collins Corr. Fac. (RRU) except inside bull pins, Only thing inside the Bull pins are Camera's. Other Cell mates Witnessed Some of the incident.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



I sustained Cuts, Bruses, Black Eye, Swollen Foots, Scraps, nots, head dizziness, Back Pains; and was never treated the Day of or the Day after, I wasnt treated Until my GirlFriend Called (OSI) to Complain about me not reciving medical attention.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.



I am requesting For all deFendants to be prosecuted For there UnlawFul acts and For each One to pay $1,000,000 For Viclating My Right to be Cared For; that was not Used and For not Contrdling the Situation when it Comes to my Due Process and For physical and Mental distress. And Any Other Reason thats Right and JusT.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Collins Correctional Facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All but denies me any action Done!

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.** If you did file a grievance:

1. Where did you file the grievance?

The grievance was Filed With "OSI", Collins Superintendent, Collins grievance & Collins ORC Supervisor Nue, Collins (PREA Dep) ect.

2. What did you claim in your grievance?

SEE Attachment #2 pages 1-3

3. What was the result, if any?

NONE All I was told its Under investigation and that it Can take Years; EVEN though Im Subject to more retaliation.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

The grievances are not Completed because its Supposably still Under investigation

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**F.**    If you did not file a grievance:

  1.   If there are any reasons why you did not file a grievance, state them here:

N|A

  2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N|A

**G.**    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

There are Camera's and Audio in Collins Corr. Fac (RRU)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N|A

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**A.**   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

**B.**   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)    N/A
     Defendant(s)    N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     N/A

3.   Docket or index number
     N/A

4.   Name of Judge assigned to your case
     N/A

5.   Approximate date of filing lawsuit
     N/A

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition.    N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     N/A

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  8/1/22

Signature of Plaintiff  *Byron Smith*

Printed Name of Plaintiff  Byron Santos

Prison Identification #  17A4130

Prison Address  Collins Correctional Facility, P.O. Box 340

Collins                          N.Y.          14034-0340
*City*                          *State*          *Zip Code*

### B.    For Attorneys

Date of signing:  N|A

Signature of Attorney  N|A

Printed Name of Attorney  N|A

Bar Number  N|A

Name of Law Firm  N|A

Address  N|A

N|A                          N|A          N|A
*City*                          *State*          *Zip Code*

Telephone Number  N|A

E-mail Address  N|A

Print    Save As...    Add Attachment    Reset

TO: Western District Court Clerk
FROM: Byron Santos # 17A4130
DATE: August 1, 2022

    Hello, I am writing this Missive to Say
I FILLED Out the "Complaint For Violation OF
Civil Rights", to the best OF My ability. Now
I am worried because what happened
to me was a Violation OF My
Constitutional Rights and it should not
be Kept quiet but I am going to be
the Subject OF More retaliation
because I am Still in the Facility
With My abusers. I Fear For My
Safety and Could be Subjected to be
Assaulted and Raped Again OR even
Worst. This Complaint has to be Submitted
but I Know My LiFe is On the line.
I Don't Know what else to do Other
than File this Suit. IF you have
any advise please Feel Free; I am all ears!
Thank you For Your time and Patience!

                                    Sincerely,
                                    Byron Santos
                                    # 17A4130
                                    Byron Santos

**COLLINS CORRECTIONAL FACILITY**
P.O. BOX 340
COLLINS, NEW YORK 14034-0340

NAME: Byron Santos

DIN: 17A4130

United States District Court Clerk
200 U.S. Courthouse
2 Niagara Square USDC - WDNY
Buffalo, New York 14202 - 3498

BUFFALO

PDC 2022 AUG 11

