UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BYRON SANTOS,

                Plaintiff,

v.

OFFICER JONES, *et al.*,

                Defendants.

**ORDER**

6:22-CV-06338 EAW CDH

---

*Pro se* plaintiff Byron Santos ("Plaintiff") filed a motion for sanctions on March 20, 2025. (Dkt. 114). This motion appears to seek identical relief to Plaintiff's pending motion for sanctions filed on February 18, 2025 (Dkt. 108), and both the March 20, 2025 motion and the February 18, 2025 motion are substantially similar to Plaintiff's pending October 31, 2024 motion to sanction Defendants (Dkt. 102). Accordingly, it is hereby

ORDERED, that responses to Plaintiff's March 20, 2025 motion for sanctions (Dkt. 114) are due on or before **April 11, 2025**; and it is further

ORDERED, that Plaintiff is to cease filing further motions for sanctions and/or motions to compel production until the Court rules on all three of his pending motions (Dkt. 102; Dkt. 108; Dkt. 114), unless he first obtains leave of the Court[1]; and it is further

---

[1]    *See, e.g., Ezeh v. McDonald*, No. 6:13-CV-6563 EAW, 2016 WL 11812000, at *1 (W.D.N.Y. May 2, 2016) (explaining that the Court's inherent power to control its docket "includes the discretion to dictate the timing of a motion" (quotation omitted)).

ORDERED, that Plaintiff's request for a conference (*see* Dkt. 114 at 2) is denied without prejudice with leave to refile his request once the Court rules on all three of his pending motions and Defendants' pending motion for sanctions (Dkt. 112); and it is further

ORDERED, that if Plaintiff files any further motions for sanctions in violation of this Order, they will be summarily denied.

**SO ORDERED**.

                                                         *Colleen D. Holland*
                                                 COLLEEN D. HOLLAND
                                                 United States Magistrate Judge

Dated: March 21, 2025
      Rochester, New York