UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BYRON SANTOS,

                Plaintiff,

v.

SERGEANT D. FILIGHERA, *et al.*,

                Defendants.
_____

**ORDER**

6:22-CV-06338 EAW CDH

Before the Court are two motions filed by *pro se* plaintiff Byron Santos ("Plaintiff") seeking a court hearing on the status of his case. (*See* Dkt. 134; Dkt. 139).[1] The first of those motions also seeks relief related to the monetary sanction that this Court imposed on Plaintiff for his failure to attend his scheduled deposition. (*See* Dkt. 134; *see also* Dkt. 119).

This Court previously scheduled a conference in response to Plaintiff's first motion for a hearing. (*See* Dkt. 134; Dkt. 135; Dkt. 137). Despite receiving notice of that conference, Plaintiff did not attend (*see* Dkt. 138), and his second request for a conference with the Court does not explain that absence except to say that his health difficulties have led to recent "schedul[ing] issues" (*see* Dkt. 139 at 1). Nonetheless, in light of Plaintiff's *pro se* status, this Court will afford him **<u>one final opportunity</u>**

---

[1] Defendants have filed a motion for sanctions against Plaintiff, asking the Court to dismiss the case based on Plaintiff's failure to pay the monetary sanction for his missed deposition. (*See* Dkt. 123). The Court has not decided Defendants' motion and does not do so at this time.

- 1 -

to be heard. It therefore grants Plaintiff's motions to the extent he seeks an additional conference with this Court. (Dkt. 134; Dkt. 139).

Plaintiff's request to "set aside" the monetary sanction previously imposed by the Court is denied because Plaintiff has failed to establish his entitlement to such relief. Plaintiff's assertion that he is unemployed, without further detail or legal argument, is not a sufficient basis for reconsideration of the Court's prior determination.[2] *See Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995).

The parties are ordered to appear before the Court for an in-person status conference on **November 20, 2025**, at **2:00 p.m**. at the United States Courthouse, 100 State Street, Courtroom 4, Rochester, New York 14614. Plaintiff is advised that if he fails to attend this conference, **no further conferences will be scheduled,** and **this Court will issue a recommendation that this case be dismissed with prejudice**.

SO ORDERED.

_____
COLLEEN D. HOLLAND
United States Magistrate Judge

Dated: October 27, 2025
       Rochester, New York

---

[2] Plaintiff also requests a copy of the invoice stating the cost of the unattended deposition. (Dkt. 134 at 1). While Plaintiff appears to have been provided with this document already (*see* Dkt. 121-1), the Court is attaching an additional copy of that invoice with this order.